Young K. Park, SBN 287589
young@justiceforworkers.com
Michelle Avidisyans, SBN 348652
michelle@justiceforworkers.com
JUSTICE FOR WORKERS, P.C.
3600 Wilshire Blvd., Suite 1815
Los Angeles, CA 90010
Phone: 323-922-2000
Fax: 323-922-2000

Attorneys for Plaintiff
MICHAEL MCCLAIN

ANTHONY J. DECRISTOFORO, SBN 166171
anthony.decristoforo@ogletree.com
JAMIE U. CHENG, SBN 346543
jamie.cheng@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 Capitol Mall, Suite 2800
Sacramento, CA  95814
Telephone:     916-840-3150
Facsimile:     916-840-3159

Attorneys for Defendant
OLD DOMINION FREIGHT LINE, INC.
(erroneously named as OLD DOMINION FREIGHT LINE)

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCCLAIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>OLD DOMINION FREIGHT LINE, a foreign corporation; and DOES 1 through 50,<br><br>Defendants. | Case No. 2:23-cv-00997-TLN-DB<br><br>**STIPULATION AND ORDER SEEKING TO MODIFY SCHEDULING ORDER**<br><br>Solano County Superior Court<br>Case No. CU-23-00987<br><br>Action Filed:    April 25, 2023<br>Removal Filed:    May 26, 2023 |

Plaintiff Michael McClain ("Plaintiff") and Defendant Old Dominion Freight Line, Inc.

("Defendant"), by and through their undersigned counsel, hereby stipulate as follows:

**STIPULATION**

A. WHEREAS, the Court issued an Initial Pretrial Scheduling Order in this matter dated May 26, 2023 (ECF 2);

B. WHEREAS, the May 26, 2023 Initial Pretrial Scheduling Order requires all discovery to be completed no later than two hundred forty days from the date upon which the last answer may be filed with the Court pursuant to the Federal Rules of Civil Procedure, which is January 26, 2024;

C. WHEREAS, under Federal Rule of Civil Procedure 16(b)(4), a pre-trial schedule "may be modified only for good cause and with the judge's consent." Good cause requires a showing of diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

D. WHEREAS, the parties have diligently and cooperatively participated in discovery, including exchanging initial disclosures, propounding and responding to written discovery requests, and exchanging documents;

E. WHEREAS, despite this diligent exchange of information in discovery, both parties need more time to complete the depositions and discovery needed to adequately prepare the case for trial or settlement, and the parties therefore seek to amend the May 26, 2023 Initial Pretrial Scheduling Order to extend the deadline to complete discovery to April 26, 2024.

F. WHEREAS, the parties do not seek to change any of the other deadlines in the Initial Pretrial Scheduling Order. To the extent any other deadlines in the Initial Pretrial Scheduling Order track the deadline to complete discovery, the parties agree that the original discovery cutoff deadline of January 26, 2024, will apply to those deadlines.

**IT IS HEREBY STIPULATED:**

1. The parties wish to amend the Initial Pretrial Scheduling Order to require that discovery be completed no later than April 26, 2024.
2. All other dates in the May 26, 2023 Initial Pretrial Scheduling Order are to remain unchanged.

DATED: December 19, 2023         JUSTICE FOR WORKERS, P.C.

By: /s/ Young K. Park *(as authorized on 12-19-23)*
    Young K. Park
    Michelle Avidisyans

Attorneys for Plaintiff MICHAEL MCCLAIN

DATED:  December 19, 2023         OGLETREE, DEAKINS, NASH,
                                                     SMOAK & STEWART, P.C.

By: /s/ Anthony J. DeCristoforo
    Anthony J. DeCristoforo
    Jamie U. Cheng

Attorneys for Defendant
OLD DOMINION FREIGHT LINE, INC.

## **ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor:

IT IS HEREBY ORDERED that the May 26, 2023, Initial Pretrial Scheduling Order be modified to reflect that Discovery in this matter shall be completed no later than April 26, 2024.  All other dates and information in the May 26, 2023, Initial Pretrial Scheduling Order shall remain unchanged.

IT IS SO ORDERED.

Dated: December 20, 2023

Troy L. Nunley
United States District Judge