JUSTICE FOR WORKERS, P.C.
Young K. Park SB# 287589
  E-Mail: young@justiceforworkers.com
Michelle Avidisyans SB# 348652
  E-Mail: michelle@justiceforworkers.com
3600 Wilshire Boulevard, Suite 1815
Los Angeles, CA 90010
Tel: 323-922-2000
Fax: 323-922-2000

Attorneys for Plaintiff,
MICHAEL MCCLAIN

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
ANTHONY J. DECRISTOFORO, SBN 166171
anthony.decristoforo@ogletree.com
JAMIE U. CHENG, SBN 346543
jamie.cheng@ogletree.com
400 Capitol Mall, Suite 2800
Sacramento, CA  95814
Telephone:    916-840-3150
Facsimile:    916-840-3159

Attorneys for Defendant
OLD DOMINION FREIGHT LINE, INC.
(erroneously named as OLD DOMINION FREIGHT LINE)

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCCLAIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>OLD DOMINION FREIGHT LINE, a foreign corporation; and DOES 1 through 50,<br><br>Defendants. | Case No. 2:23-cv-00997-TLN-DB<br><br>**STIPULATION AND ORDER SEEKING TO MODIFY SCHEDULING ORDER**<br><br>Solano County Superior Court<br>Case No. CU-23-00987<br><br>Action Filed:     April 25, 2023<br>Removal Filed:  May 26, 2023 |

Plaintiff Michael McClain ("Plaintiff") and Defendant Old Dominion Freight Line, Inc.

("Defendant"), by and through their undersigned counsel, hereby stipulate as follows:

**STIPULATION**

A. WHEREAS, the Court issued an Initial Pretrial Scheduling Order in this matter dated May 26, 2023 (ECF 2), which required all discovery to be completed no later than January 26, 2024;

B. WHEREAS, the Court modified the Initial Pretrial Scheduling Order in this matter on December 20, 2023 (ECF 8) pursuant to the parties' joint stipulation requesting an extension of time to complete discovery by April 26, 2024;

C. WHEREAS, under Federal Rule of Civil Procedure 16(b)(4), a pre-trial schedule "may be modified only for good cause and with the judge's consent." Good cause requires a showing of diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

D. WHEREAS, the parties have diligently and cooperatively participated in discovery, including exchanging initial disclosures, propounding and responding to written discovery requests, and exchanging documents;

E. WHEREAS, despite this diligent exchange of information in discovery, both parties still need more time to complete the depositions and discovery needed to adequately prepare the case for trial or settlement, and the parties therefore seek to amend the Initial Pretrial Scheduling Order to further extend the deadline to complete discovery to July 26, 2024.

F. WHEREAS, other deadlines in the Initial Pretrial Scheduling Order track and are calculated based on the deadline to complete discovery, the parties request that the amended discovery cutoff deadline of July 26, 2024, will apply to those deadlines.

**IT IS HEREBY STIPULATED:**

1. The parties wish to amend the Initial Pretrial Scheduling Order to require that discovery be completed no later than August 23, 2024.

2. All other dates in the Initial Pretrial Scheduling Order which are calculated based on the deadline to complete discovery shall be calculated based on the discovery cutoff deadline of August 23, 2024.

DATED: February 27, 2024          MARLIS PARK, P.C.


                                  By: /s/ Young K. Park
                                      Young K. Park
                                      Michelle Avidisyans


                                  Attorneys for Plaintiff MICHAEL MCCLAIN

DATED:  February 27, 2024         OGLETREE, DEAKINS, NASH,
                                  SMOAK & STEWART, P.C.


                                  By: /s/ Anthony J. DeCristoforo
                                      Anthony J. DeCristoforo
                                      Jamie U. Cheng

                                  Attorneys for Defendant
                                  OLD DOMINION FREIGHT LINE, INC.


## ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor:

IT IS HEREBY ORDERED that the Initial Pretrial Scheduling Order be modified to reflect that discovery in this matter shall be completed no later than August 23, 2024. All other dates in the Initial Pretrial Scheduling Order which are calculated based on the deadline to complete discovery shall be calculated based on the discovery cutoff deadline of August 23, 2024.

IT IS SO ORDERED.

DATED; February 27, 2024

                                  _____
                                  Troy L. Nunley
                                  United States District Judge