Young K. Park, SBN 287589
young@justiceforworkers.com
Michelle Avidisyans, SBN 348652
michelle@justiceforworkers.com
JUSTICE FOR WORKERS, P.C.
3600 Wilshire Blvd., Suite 1815
Los Angeles, CA 90010
Phone: 323-922-2000
Fax: 323-922-2000

Attorneys for Plaintiff
MICHAEL MCCLAIN

ANTHONY J. DECRISTOFORO, SBN 166171
anthony.decristoforo@ogletree.com
ERIC F. DELLA SANTA, SBN 310458
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 Capitol Mall, Suite 2800
Sacramento, CA  95814
Telephone:    916-840-3150
Facsimile:     916-840-3159

Attorneys for Defendant
OLD DOMINION FREIGHT LINE, INC.
(erroneously named as OLD DOMINION FREIGHT LINE)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCCLAIN, an individual,<br><br>           Plaintiff,<br><br>     vs.<br><br>OLD DOMINION FREIGHT LINE, a foreign corporation; and DOES 1 through 50,<br><br>           Defendants. | Case No. 2:23-cv-00997-TLN-DB<br><br>**STIPULATION AND ORDER SEEKING TO MODIFY SCHEDULING ORDER**<br><br>Solano County Superior Court<br>Case No. CU-23-00987<br><br>Action Filed:       April 25, 2023<br>Removal Filed:    May 26, 2023 |

Plaintiff Michael McClain ("Plaintiff") and Defendant Old Dominion Freight Line, Inc. ("Defendant"), by and through their undersigned counsel, hereby stipulate as follows:

**STIPULATION**

A. WHEREAS, the Court issued an Initial Pretrial Scheduling Order in this matter dated May 26, 2023 (ECF 2), which required all discovery to be completed no later than January 26, 2024;

B. WHEREAS, the Court modified the Initial Pretrial Scheduling Order in this matter on December 29, 2023 (ECF 8) pursuant to the parties' joint stipulation requesting an extension of time to complete discovery by April 26, 2024;

C. WHEREAS, the Court further modified the Initial Pretrial Scheduling Order in this matter on February 28, 2024 (ECF 12) pursuant to the parties' joint stipulation requesting an extension of time to complete discovery by August 23, 2024;

D. WHEREAS, under Federal Rule of Civil Procedure 16(b)(4), a pre-trial schedule "may be modified only for good cause and with the judge's consent." Good cause requires a showing of diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992);

E. WHEREAS, the parties have diligently and cooperatively participated in discovery, including exchanging initial disclosures, propounding and responding to written discovery requests, and exchanging documents;

F. WHEREAS, despite this diligent exchange of information in discovery, both parties need more time to complete the depositions and discovery needed to adequately prepare the case for trial or settlement;

G. WHEREAS, the parties currently have scheduled mediation for September 26, 2024, and therefore seek to amend the Initial Pretrial Scheduling Order to further extend the deadline to complete discovery to December 26, 2024;

H. WHEREAS, other deadlines in the Initial Pretrial Scheduling Order track and are calculated based on the deadline to complete discovery, the parties request that the amended discovery cutoff deadline of December 26, 2024, will apply to those deadlines.

///

**IT IS HEREBY STIPULATED:**

1. The parties wish to amend the Initial Pretrial Scheduling Order to require that discovery be completed no later than December 26, 2024.
2. All other dates in the Initial Pretrial Scheduling Order which are calculated based on the deadline to complete discovery shall be calculated based on the discovery cutoff deadline of December 26, 2024.

DATED: July 1, 2024                    JUSTICE FOR WORKERS, P.C.


By: */s/ Michelle Avidisyans*
    Young K. Park
    Michelle Avidisyans

Attorneys for Plaintiff MICHAEL MCCLAIN


DATED:  July 1, 2024                    OGLETREE, DEAKINS, NASH,
                                        SMOAK & STEWART, P.C.


By: */s/ Eric F Della Santa*
    Anthony J. DeCristoforo
    Eric F. Della Santa

Attorneys for Defendant
OLD DOMINION FREIGHT LINE, INC.
(erroneously named as OLD DOMINION FREIGHT LINE)

///
///
///
///
///
///
///
///

**ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor:

IT IS HEREBY ORDERED that the May 26, 2023, Initial Pretrial Scheduling Order be modified to reflect that Discovery in this matter shall be completed no later than December 26, 2024, and that all other dates in the Initial Pretrial Scheduling Order which are calculated based on the deadline to complete discovery shall be calculated based on the discovery cutoff deadline of December 26, 2024.

All other dates and information in the May 26, 2023, Initial Pretrial Scheduling Order shall remain unchanged.

IT IS SO ORDERED.

Dated: July 2, 2024

Troy L. Nunley
United States District Judge