MARLIS PARK, P.C.
Young K. Park SB# 287589
  E-Mail: young@marlispark.com
Michelle Avidisyans SB# 348652
  E-Mail: michelle@justiceforworkers.com
3600 Wilshire Boulevard, Suite 1815
Los Angeles, CA 90010
Tel: 323-922-2000
Fax: 323-922-2000

Attorneys for Plaintiff,
MICHAEL MCCLAIN

[*additional counsel on following page*]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCCLAIN, an individual;<br><br>    Plaintiff,<br><br>vs.<br><br>OLD DOMINION FREIGHT LINE, a foreign corporation; and DOES 1 through 50,<br><br>    Defendants. | Case No.: 2:23-CV-00997-TLN-DB<br><br>**JOINT REQUEST FOR DISMISSAL; RELATED STIPULATION PER FRCP 41(a)(1)(A)(ii)**<br><br>Judge:  Hon. Troy L. Nunley<br>Dept:    501<br>Action Filed:  May 26, 2023<br>Trial Date:  Not Set |

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
ANTHONY J. DECRISTOFORO, SBN 166171
anthony.decristoforo@ogletree.com
400 Capitol Mall, Suite 2800
Sacramento, CA 95814
Telephone: 916-840-3150
Facsimile: 916-840-3159

Attorneys for Defendant
OLD DOMINION FREIGHT LINE, INC.
(erroneously named as OLD DOMINION FREIGHT LINE)

**TO THE COURT AND ALL PARTIES OF RECORD:**

Plaintiff MICHAEL MCCLAIN, by and through his counsel of record, and Defendant OLD DOMINION FREIGHT LINE, INC., by and through its counsel of record, hereby stipulate under Federal Rules of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties. The parties have entered into a settlement agreement that already addresses each party's obligations regarding the payment of fees and costs.

**IT IS SO STIPULATED.**

DATED: October 29, 2024     MARLIS PARK, P.C.

By: */s/ Michelle Avidisyans*
Young K. Park
Michelle Avidisyans
Attorneys for Plaintiff,
MICHAEL MCCLAIN

DATED: October 29, 2024     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Anthony J. Decristoforo*
Anthony J. Decristoforo
Attorney for Defendant,
OLD DOMINION FREIGHT LINE, INC.

- 3 -
JOINT STIPULATION OF DISMISSAL [FRCP 41(a)] AND ORDER OF DISMISSAL