MARLIS PARK, P.C.
Young K. Park SB# 287589
 E-Mail: young@marlispark.com
Michelle Avidisyans SB# 348652
 E-Mail: michelle@justiceforworkers.com
3600 Wilshire Boulevard, Suite 1815
Los Angeles, CA 90010
Tel: 323-922-2000
Fax: 323-922-2000

Attorneys for Plaintiff,
MICHAEL MCCLAIN

[*additional counsel on following page*]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCCLAIN, an individual; | Case No.: 2:23-CV-00997-TLN-DB |
| Plaintiff, | **[PROPOSED] ORDER** |
| vs. | Judge: Hon. Troy L. Nunley<br>Dept: 501 |
| OLD DOMINION FREIGHT LINE, a foreign corporation; and DOES 1 through 50, | Action Filed: May 26, 2023<br>Trial Date: Not Set |
| Defendants. | |

1  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
2  ANTHONY J. DECRISTOFORO, SBN 166171
3  anthony.decristoforo@ogletree.com
   400 Capitol Mall, Suite 2800
4  Sacramento, CA 95814
5  Telephone: 916-840-3150
   Facsimile: 916-840-3159
6
7  Attorneys for Defendant
   OLD DOMINION FREIGHT LINE, INC. (erroneously named as OLD DOMINION
8  FREIGHT LINE)

     The Court having read and considered the foregoing request and stipulation, and with good cause appearing, this action is dismissed with prejudice as to all claims, causes of action, and parties pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The Court acknowledges that the parties have entered into a settlement agreement that addresses the payment of their respective fees and costs.

     The Clerk of the Court is directed to close this case.

     IT IS SO ORDERED.

Dated: _____    _____

                                                                         UNITED STATES DISTRICT JUDGE